FILED

09/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0373

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0373

ALESHA MONTGOMERY,

      Petitioner and Appellee,

  v.

EVERETT WALKER,

      Respondent and Appellant.

## ORDER GRANTING:
## APPELLEE'S MOTION FOR EXTENSION OF TIME

Upon consideration of Appellee's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 18, 2024, within which to prepare, file, and serve Appellee's Response to Appellant's Opening Brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 17 2024